Patrick S. Schoenburg (State Bar No. 162842)
pschoenburg@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
7112 North Fresno Street, Suite 160
Fresno, California 93720-2949
Phone: 559-437-2860 ♦ Fax: 559-438-1350

Attorneys for Plaintiff STARR INDEMNITY & LIABILITY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STARR INDEMNITY COMPANY, | Case No. 2:17-cv-01263-TLN-EFB |
| Plaintiff, | **ORDER GRANTING STARR INDEMNITY COMPANY'S APPLICATION FOR SERVICE OF PROCESS ON JOE'S LOGISTICS d/b/a JOE'S TRUCKING VIA THE CALIFORNIA SECRETARY OF STATE** |
| v. | |
| JOE'S LOGISTICS. INC. d/b/a JOE'S TRUCKING, | |
| Defendant. | Trial Date: None Set |

Upon application by Plaintiff Starr Indemnity Company (hereinafter referred to as "Plaintiff") and upon a showing of good cause therefore, it is hereby ordered that:

Plaintiff's Application for an Order directing that process service in this action be served on Defendant Joe's Logistics, Inc. d/b/a Joe's Trucking by personally delivering to the Secretary of State of California, or to an assistant or Deputy of the Secretary of State, one copy of the Summons and Complaint together with one copy of this Order is **GRANTED**.

**IT IS SO ORDERED**.

Dated: September 21, 2017

_____
Troy L. Nunley
United States District Judge