MARK A. CAMPBELL (SB# 93595)
JESSICA B. COFFIELD (SB# 274122)
MURPHY, CAMPBELL, ALLISTON & QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Telephone: (916) 400-2300
Fax: (916) 400-2311
Mcampbell@murphycampbell.com
Jcoffield@murphycampbell.com

Attorneys for JOE'S LOGISTICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STARR INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>JOE'S LOGISTICS, INC. d/b/a JOE'S TRUCKING,<br><br>Defendants. | CASE NO. 2:17-cv-01263-TLN-EFB<br><br>**STIPULATION CONTINUING DATE FOR HEARING ON MOTION FOR SUMMARY JUDGMENT; ORDER** |
|---|---|

Defendant Joe's Logistics, Inc. and Plaintiff Starr Indemnity Company, through their respective counsel, stipulate as follows:

WHEREAS, Plaintiff filed their Motion for Summary Judgment on June 26, 2018 (ECF 17);

WHEREAS, Defendant substituted in new counsel on or about June 26, 2018 (ECF 18, 19, 20);

WHEREAS, the Motion for Summary Judgment is currently scheduled to be heard on July 26, 2018;

WHEREAS, counsel for Defendant, having just substituted into the case, requires more time to review and respond to the Motion for Summary Judgment;

WHEREAS, the deadline for hearing any dispositive motions is December 6, 2018 (ECF 16);

1     WHEREAS, no previous extensions of the hearing of the Motion for Summary Judgment have been obtained;

3     WHEREAS, Local Rules 143 and 144 of the United State District Court for the Eastern District of California provide that the parties may stipulate to an extension of time for the Court's approval and be accompanied by a Proposed Order as defined in Local Rule 143(b);

6     WHEREAS, counsel for moving party has reviewed the Court's calendar and confirmed the Court's availability on August 9, 2018;

8     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the hearing on the Motion for Summary Judgment currently scheduled on July 26, 2018 should be continued to be heard on August 9, 2018.

**IT IS SO STIPULATED**

DATED: June 29, 2018      WOOD, SMITH, HENNING & BERMAN LLP

By:   */s/ Patrick Schoenburg*
PATRICK SCHOENBURG
Attorneys for Plaintiff
STARR INDEMNITY COMPANY

DATED: June 29, 2018      STARR INSURANCE HOLDINGS, INC.

By:   */s/ Ross M. Chinitz*
ROSS M. CHINITZ (Pro Hac Vice)
Attorneys for Plaintiff
STARR INDEMNITY COMPANY

DATED: June 29, 2018      MURPHY, CAMPBELL, ALLISTON & QUINN

By:   */s/ Jessica B. Coffield*
MARK A. CAMPBELL
JESSICA B. COFFIELD
Attorneys for Defendant
JOE'S LOGISTICS, INC.

**ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

The hearing on the Motion for Summary Judgment currently scheduled on July 26, 2018 shall be continued to August 9, 2018. Defendant's opposition is due fourteen (14) days preceding the new hearing date. Plaintiff's reply is due seven (7) days preceding the new hearing date.

**IT IS SO ORDERED**.

Dated: July 9, 2018

_____
Troy L. Nunley
United States District Judge