1  MARK A. CAMPBELL (SB# 93595)
   JESSICA B. COFFIELD (SB# 274122)
2  MURPHY, CAMPBELL, ALLISTON & QUINN
   8801 Folsom Boulevard, Suite 230
3  Sacramento, CA 95826
   Telephone: (916) 400-2300
4  Fax: (916) 400-2311
   Mcampbell@murphycampbell.com
5  Jcoffield@murphycampbell.com

6  Attorneys for JOE'S LOGISTICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>JOE'S LOGISTICS, INC. d/b/a JOE'S TRUCKING,<br><br>Defendants. | CASE NO. 2:17-cv-01263-TLN-EFB<br><br>**STIPULATION CONTINUING DATE FOR HEARING ON MOTION FOR SUMMARY JUDGMENT; ORDER** |

Defendant Joe's Logistics, Inc. and Plaintiff Starr Indemnity Company, through their respective counsel, stipulate as follows:

WHEREAS, Plaintiff filed their Motion for Summary Judgment on June 26, 2018 (ECF 17);

WHEREAS, Defendant substituted in new counsel on or about June 26, 2018 (ECF 18, 19, 20);

WHEREAS, the Motion for Summary Judgment was continued to be heard on August 9, 2018 to allow counsel for Defendant time to review and respond to the Motion for Summary Judgment;

WHEREAS, counsel for Plaintiff and counsel for Defendant are engaged in discussions regarding settlement of all claims and require additional time to provide and review pertinent information;

| | |
|---|---|
| 1 | WHEREAS, counsel for Defendant has provided counsel for Plaintiff notice of the need for amendment of inaccurate responses to certain Requests for Admission and counsel for Plaintiff has requested additional time to review the request and has agreed not to object to any issue regarding timeliness of the motion to amend; |
| 5 | WHEREAS, Defendant would require fourteen days to serve a regularly noticed motion to amend such Request for Admission responses; |
| 7 | WHEREAS, all parties agree to this continuance and granting this continuance would promote the interests of justice and judicial economy; |
| 9 | WHEREAS, the deadline for hearing any dispositive motions is December 6, 2018 (ECF 16); |
| 11 | WHEREAS, one previous extension of the hearing of the Motion for Summary Judgment has been obtained; |
| 13 | WHEREAS, Local Rules 143 and 144 of the United States District Court for the Eastern District of California provide that the parties may stipulate to an extension of time for the Court's approval and be accompanied by a Proposed Order as defined in Local Rule 143(b); |
| 16 | WHEREAS, counsel for moving party has reviewed the Court's calendar and confirmed the Court's availability on October 18, 2018; |
| 18 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the hearing on the Motion for Summary Judgment currently scheduled on August 9, 2018 should be continued to be heard on October 18, 2018. |

**IT IS SO STIPULATED**

DATED: July 19, 2018            WOOD, SMITH, HENNING & BERMAN LLP

By:  */s/ Patrick Schoenburg*
　　　PATRICK SCHOENBURG
　　　Attorneys for Plaintiff
　　　STARR INDEMNITY COMPANY

///

///

DATED: July 19, 2018                STARR INSURANCE HOLDINGS, INC.

                                    By:  */s/ Ross M. Chinitz*
                                        ROSS M. CHINITZ (Pro Hac Vice)
                                        Attorneys for Plaintiff
                                        STARR INDEMNITY COMPANY


DATED: July 19, 2018                MURPHY, CAMPBELL, ALLISTON & QUINN

                                    By:  */s/ Jessica B. Coffield*
                                        MARK A. CAMPBELL
                                        JESSICA B. COFFIELD
                                        Attorneys for Defendant
                                        JOE'S LOGISTICS, INC.

# **ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

The hearing on the Motion for Summary Judgment currently scheduled on August 9, 2018 shall be continued to October 18, 2018. Defendant's opposition is due fourteen (14) days preceding the new hearing date. Plaintiff's reply is due seven (7) days preceding the new hearing date.

**IT IS SO ORDERED**.

Dated: July 24, 2018

Troy L. Nunley
United States District Judge