MARK A. CAMPBELL (SB# 93595)
JESSICA B. COFFIELD (SB# 274122)
MURPHY, CAMPBELL, ALLISTON & QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Telephone: (916) 400-2300
Fax: (916) 400-2311
Mcampbell@murphycampbell.com
Jcoffield@murphycampbell.com

Attorneys for JOE'S LOGISTICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STARR INDEMNITY COMPANY, | CASE NO. 2:17-cv-01263-TLN-EFB |
|---|---|
| Plaintiffs, | **STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER** |
| v. | |
| JOE'S LOGISTICS, INC. d/b/a JOE'S TRUCKING, | |
| Defendants. | |

Pursuant to Rules 16(b)(4) and 29 of the Federal Rules of Civil Procedure and Local Rules 143 and 144 of the United States District Court for the Eastern District of California, Defendant Joe's Logistics, Inc. and Plaintiff Starr Indemnity Company (collectively "the parties"), by and through their respective counsel, hereby stipulate and respectfully request this Court modify and extend several pretrial deadlines within is Pretrial Scheduling Order dated January 29, 2018 (herein "Scheduling Order") (ECF 16), as set forth below.

The expert disclosure deadline is currently scheduled for August 2, 2018. The parties request an extension of this deadline to November 2, 2018.

The supplemental expert disclosure deadline is currently scheduled for August 22, 2018. The parties request an extension of this deadline to November 26, 2018.

Dispositive motions are set to be heard no later than December 6, 2018. The parties request an extension of this deadline to February 6, 2019.

There have been no prior requests for continuance of these deadlines.

**GOOD CAUSE EXISTS FOR THE REQUESTED MODIFICATION AND EXTENSIONS.**

Defendant substituted in new counsel on or about June 26, 2018 (ECF 18, 19, 20). Plaintiff's pending Motion for Summary Judgment was continued to be heard on October 18, 2018 to allow counsel for Defendant time to review and respond to the Motion for Summary Judgment (ECF 25). The Parties are presently engaged in discussions regarding settlement of all claims and require additional time to provide and review pertinent information. The parties agree to this modification. Granting this modification would promote the interests of justice and judicial economy as it would increase the likelihood of settlement. The Parties wish to avoid incurring additional costs which could make settlement more difficult. The Parties are working diligently and cooperatively to complete review of relevant materials, and no party will be prejudiced by this short continuance of deadlines.

For the foregoing reasons, the parties respectfully request that the Court modify the Pretrial Scheduling Order as described above.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

DATED: July 26, 2018        WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ Patrick Schoenburg*
PATRICK SCHOENBURG
Attorneys for Plaintiff
STARR INDEMNITY COMPANY

DATED: July 26, 2018        STARR INSURANCE HOLDINGS, INC.

By: */s/ Ross M. Chinitz*
ROSS M. CHINITZ (Pro Hac Vice)
Attorneys for Plaintiff
STARR INDEMNITY COMPANY

DATED: July 26, 2018        MURPHY, CAMPBELL, ALLISTON & QUINN

By: */s/ Jessica B. Coffield*
MARK A. CAMPBELL
JESSICA B. COFFIELD
Attorneys for Defendant
JOE'S LOGISTICS, INC.

# ORDER

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

The Pretrial Scheduling Order, dated January 29, 2018, is hereby modified as follows.

The expert disclosure deadline, which is currently scheduled for August 2, 2018, is continued to November 2, 2018.

The supplemental expert disclosure deadline, which is currently scheduled for August 22, 2018, is continued to November 26, 2018

Dispositive motions are set to be heard no later than December 6, 2018. This deadline is continued to **February 7, 2019.**

**IT IS SO ORDERED**.

Dated: August 2, 2018

Troy L. Nunley
United States District Judge