| | |
|---|---|
| 1 | MARK A. CAMPBELL (SB# 93595) |
| 2 | JESSICA B. COFFIELD (SB# 274122) |
|   | MURPHY, CAMPBELL, ALLISTON & QUINN |
| 3 | 8801 Folsom Boulevard, Suite 230 |
|   | Sacramento, CA 95826 |
| 4 | Telephone: (916) 400-2300 |
|   | Fax: (916) 400-2311 |
| 5 | Mcampbell@murphycampbell.com |
|   | Jcoffield@murphycampbell.com |
| 6 | Attorneys for JOE'S LOGISTICS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY COMPANY, | Case No. 2:17-cv-01263-TLN-EFB |
| Plaintiffs, | **STIPULATION CONTINUING DATE FOR HEARING ON MOTION FOR SUMMARY JUDGMENT; ORDER** |
| v. | |
| JOE'S LOGISTICS, INC. d/b/a JOE'S TRUCKING, | |
| Defendants. | |

Defendant Joe's Logistics, Inc. and Plaintiff Starr Indemnity Company, through their respective counsel, stipulate as follows:

WHEREAS, Plaintiff filed their Motion for Summary Judgment on June 26, 2018 (ECF 17);

WHEREAS, Defendant substituted in new counsel on or about June 26, 2018 (ECF 18, 19, 20);

WHEREAS, the Motion for Summary Judgment was continued to be heard on August 9, 2018 to allow counsel for Defendant time to review and respond to the Motion for Summary Judgment;

WHEREAS, the Motion for Summary Judgment was again continued to be heard on October 18, 2018 because counsel for Plaintiff and counsel for Defendant were engaged in discussions regarding settlement of all claims and required additional time to provide and review

1 | pertinent information;

2 | WHEREAS, despite the best efforts of counsel, additional time is needed to provide and
3 | review the information necessary to accomplish a settlement of all claims;

4 | WHEREAS, counsel for Defendant has provided counsel for Plaintiff notice of the need
5 | for amendment of inaccurate responses to certain Requests for Admission and counsel for
6 | Plaintiff has requested additional time to review the request and has agreed not to object to any
7 | issue regarding timeliness of the motion to amend;

8 | WHEREAS, Defendant would require fourteen days to serve a regularly noticed motion
9 | to amend such Request for Admission responses;

10 | WHEREAS, all parties agree to this continuance and granting this continuance would
11 | promote the interests of justice and judicial economy;

12 | WHEREAS, the deadline for hearing any dispositive motions is February 7, 2019 (ECF
13 | 27);

14 | WHEREAS, two previous extensions of the hearing of the Motion for Summary
15 | Judgment have been obtained in order to facilitate the ongoing settlement discussions;

16 | WHEREAS, Local Rules 143 and 144 of the United States District Court for the Eastern
17 | District of California provide that the parties may stipulate to an extension of time for the Court's
18 | approval and be accompanied by a Proposed Order as defined in Local Rule 143(b);

19 | WHEREAS, counsel for moving party has reviewed the Court's calendar and confirmed
20 | the Court's availability on December 6, 2018;

21 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
22 | through their respective counsel, that the hearing on the Motion for Summary Judgment currently
23 | scheduled on October 18, 2018 should be continued to be heard on December 6, 2018.

24 | ///
25 | ///
26 | ///
27 | ///
28 |

STIPULATION AND ORDER EXTENDING TIME FOR
NUOVA RICAMBI TO FILE RESPONSIVE PLEADING
CASE NO. 2:17-cv-02644-JAM-DB

///

**IT IS SO STIPULATED**

DATED: September 27, 2018	WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ Patrick Schoenburg*
　　PATRICK SCHOENBURG
　　Attorneys for Plaintiff
　　STARR INDEMNITY COMPANY

DATED: September 27, 2018	MURPHY, CAMPBELL, ALLISTON & QUINN

By: */s/ Jessica B. Coffield*
　　MARK A. CAMPBELL
　　JESSICA B. COFFIELD
　　Attorneys for Defendant
　　JOE'S LOGISTICS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER EXTENDING TIME FOR
NUOVA RICAMBI TO FILE RESPONSIVE PLEADING
CASE NO. 2:17-cv-02644-JAM-DB

# **ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

The hearing on the Motion for Summary Judgment currently scheduled on October 18, 2018 shall be continued to December 6, 2018. Defendant's opposition is due fourteen (14) days preceding the new hearing date. Plaintiff's reply is due seven (7) days preceding the new hearing date.

**IT IS SO ORDERED**.

Dated: September 27, 2018

_____
Troy L. Nunley
United States District Judge