MARK A. CAMPBELL (SB# 93595)
JESSICA B. COFFIELD (SB# 274122)
MURPHY, CAMPBELL, ALLISTON & QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Telephone: (916) 400-2300
Fax: (916) 400-2311
Mcampbell@murphycampbell.com
Jcoffield@murphycampbell.com

Attorneys for JOE'S LOGISTICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY COMPANY,<br><br>               Plaintiffs,<br><br>     v.<br><br>JOE'S LOGISTICS, INC. d/b/a JOE'S TRUCKING,<br><br>               Defendants. | CASE NO. 2:17-cv-01263-TLN-EFB<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER** |

Pursuant to Rules 16(b)(4) and 29 of the Federal Rules of Civil Procedure and Local Rules 143 and 144 of the United States District Court for the Eastern District of California, Defendant Joe's Logistics, Inc. and Plaintiff Starr Indemnity Company (collectively "the parties"), by and through their respective counsel, hereby stipulate and respectfully request this Court modify and extend several pretrial deadlines within is Pretrial Scheduling Order dated January 29, 2018 (ECF 16) and the Stipulation to Modify Pretrial Scheduling Order dated August 2, 2018 (ECF 27) (herein, the Scheduling Order, as modified by the Stipulation to Modify, is referred to as the "Pretrial Scheduling Order") the as set forth below.

The expert disclosure deadline is currently scheduled for November 2, 2018. The parties request an extension of this deadline to December 3, 2018.

The supplemental expert disclosure deadline is currently scheduled for November 26, 2018. The parties request an extension of this deadline to December 26, 2018.

There has been one prior request for continuance of these deadlines which was granted.

GOOD CAUSE EXISTS FOR THE REQUESTED MODIFICATION AND EXTENSIONS.

Defendant substituted in new counsel on or about June 26, 2018 (ECF 18, 19, 20). Following substitution, counsel have been diligently pursuing settlement of all claims. Plaintiff's pending Motion for Summary Judgment was continued to be heard on December 6, 2018 to allow counsel for Defendant time to gather additional evidence to satisfy all parties in their settlement negotiations and to review and respond to the Motion for Summary Judgment (ECF 25). The Parties are presently engaged in discussions regarding settlement of all claims and require additional time to provide and review pertinent information. The parties agree to this modification. Granting this modification would promote the interests of justice and judicial economy as it would increase the likelihood of settlement. The Parties wish to avoid incurring additional costs which could make settlement more difficult. The Parties are working diligently and cooperatively to complete review of relevant materials, and no party will be prejudiced by this short continuance of deadlines.

For the foregoing reasons, the parties respectfully request that the Court modify the Pretrial Scheduling Order as described above.


**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**


DATED:  October 30, 2018                WOOD, SMITH, HENNING & BERMAN LLP

                                        By:   _/s/ Patrick Schoenburg_
                                              PATRICK SCHOENBURG
                                              Attorneys for Plaintiff
                                              STARR INDEMNITY COMPANY

DATED:  October 30, 2018                STARR INSURANCE HOLDINGS, INC.

                                        By:   _/s/ Ross M. Chinitz_
                                              ROSS M. CHINITZ (Pro Hac Vice)
                                              Attorneys for Plaintiff
                                              STARR INDEMNITY COMPANY

-2-

DATED:  October 30, 2018

MURPHY, CAMPBELL, ALLISTON & QUINN

By:   _/s/ Jessica B. Coffield_
MARK A. CAMPBELL
JESSICA B. COFFIELD
Attorneys for Defendant
JOE'S LOGISTICS, INC.

# **ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

The Pretrial Scheduling Order, dated January 29, 2018, previously modified by stipulation dated August 2, 2018 is hereby modified as follows.

The expert disclosure deadline is currently scheduled for November 2, 2018. The parties request an extension of this deadline to December 3, 2018.

The supplemental expert disclosure deadline is currently scheduled for November 26, 2018. The parties request an extension of this deadline to December 26, 2018.

There has been one prior request for continuance of these deadlines.

**IT IS SO ORDERED**.

Dated: November 2, 2018

Troy L. Nunley
United States District Judge