1  MARK A. CAMPBELL (SB# 93595)
   JESSICA B. COFFIELD (SB# 274122)
2  MURPHY, CAMPBELL, ALLISTON & QUINN
   8801 Folsom Boulevard, Suite 230
3  Sacramento, CA 95826
   Telephone: (916) 400-2300
4  Fax: (916) 400-2311
   Mcampbell@murphycampbell.com
5  Jcoffield@murphycampbell.com

6  Attorneys for JOE'S LOGISTICS, INC.

7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA

10 | STARR INDEMNITY COMPANY, | CASE No. 2:17-cv-01263-TLN-EFB
11 | Plaintiffs, | **STIPULATION CONTINUING DATE FOR HEARING ON MOTION FOR SUMMARY JUDGMENT; ORDER**
12 | v. |
13 | JOE'S LOGISTICS, INC. d/b/a JOE'S TRUCKING, |
14 | |
15 | Defendants. |
16 | |

17  Defendant Joe's Logistics, Inc. and Plaintiff Starr Indemnity Company, through their

18  respective counsel, stipulate as follows:

19  WHEREAS, Plaintiff filed their Motion for Summary Judgment on June 26, 2018 (ECF

20  17);

21  WHEREAS, Defendant substituted in new counsel on or about June 26, 2018 (ECF 18,

22  19, 20);

23  WHEREAS, the Motion for Summary Judgment was continued to be heard on August 9,

24  2018 to allow counsel for Defendant time to review and respond to the Motion for Summary

25  Judgment;

26  WHEREAS, the Motion for Summary Judgment was again continued to be heard on

27  October 18, 2018 because counsel for Plaintiff and counsel for Defendant were engaged in

28  discussions regarding settlement of all claims and required additional time to provide and review

pertinent information;

WHEREAS, the Motion for Summary Judgment was again continued to be heard on December 6, 2018 because counsel for Plaintiff and counsel for Defendant were engaged in discussions regarding settlement of all claims and required additional time to provide and review pertinent information;

WHEREAS, despite the best efforts of counsel, additional time is needed to provide and review the information necessary to accomplish a settlement of all claims;

WHEREAS, counsel for Defendant has provided counsel for Plaintiff notice of the need for amendment of inaccurate responses to certain Requests for Admission and counsel for Plaintiff has requested additional time to review the request and has agreed not to object to any issue regarding timeliness of the motion to amend;

WHEREAS, Defendant would require fourteen days to serve a regularly noticed motion to amend such Request for Admission responses;

WHEREAS, all parties agree to this continuance and granting this continuance would promote the interests of justice and judicial economy;

WHEREAS, the deadline for hearing any dispositive motions is February 7, 2019 (ECF 27);

WHEREAS, two previous extensions of the hearing of the Motion for Summary Judgment have been obtained in order to facilitate the ongoing settlement discussions;

WHEREAS, Local Rules 143 and 144 of the United States District Court for the Eastern District of California provide that the parties may stipulate to an extension of time for the Court's approval and be accompanied by a Proposed Order as defined in Local Rule 143(b);

WHEREAS, counsel for moving party has reviewed the Court's calendar and confirmed the Court's availability on February 7, 2019;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the hearing on the Motion for Summary Judgment currently scheduled on December 6, 2018 should be continued to be heard on February 7, 2019.

///

**IT IS SO STIPULATED**

DATED: November 19, 2018      STARR INSURANCE HOLDINGS, INC.

By:    */s/ Ross M. Chinitz*
ROSS M. CHINITZ (Pro Hac Vice)
Attorneys for Plaintiff
STARR INDEMNITY COMPANY

DATED: November 19, 2018      WOOD, SMITH, HENNING & BERMAN LLP

By:    */s/ Patrick Schoenburg*
PATRICK SCHOENBURG
Attorneys for Plaintiff
STARR INDEMNITY COMPANY

DATED: November 19, 2018      MURPHY, CAMPBELL, ALLISTON & QUINN

By:    */s/ Jessica B. Coffield*
MARK A. CAMPBELL
JESSICA B. COFFIELD
Attorneys for Defendant
JOE'S LOGISTICS, INC.

# **ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

The hearing on the Motion for Summary Judgment currently scheduled on December 6, 2018 shall be continued to February 7, 2019. Defendant's opposition is due fourteen (14) days preceding the new hearing date. Plaintiff's reply is due seven (7) days preceding the new hearing date.

**IT IS SO ORDERED**.

Dated: November 19, 2018

Troy L. Nunley
United States District Judge