MARK A. CAMPBELL (SB# 93595)
JESSICA B. COFFIELD (SB# 274122)
COREY M. DAY (SB# 311021)
MURPHY, CAMPBELL, ALLISTON & QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Telephone: (916) 400-2300
Fax: (916) 400-2311
Mcampbell@murphycampbell.com
Jcoffield@murphycampbell.com

Attorneys for JOE'S LOGISTICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STARR INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>JOE'S LOGISTICS, INC. d/b/a JOE'S TRUCKING,<br><br>Defendants. | Case No. 2:17-cv-01263-TLN-EFB<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT; ORDER** |
|---|---|

Pursuant to Rules 16(b)(4) and 29 of the Federal Rules of Civil Procedure and Local Rules 143 and 144 of the United States District Court for the Eastern District of California, Defendant Joe's Logistics, Inc. and Plaintiff Starr Indemnity Company (collectively "the parties"), by and through their respective counsel, hereby stipulate and respectfully request this Court modify and extend the pretrial deadline for dispositive motions within the Pretrial Scheduling Order dated January 29, 2018 (ECF 16), the Stipulation to Modify Pretrial Scheduling Order dated August 2, 2018 (ECF 27), and the Second Stipulation to Modify Pretrial Scheduling Order dated November 2, 2018 (ECF 31) (herein, the Scheduling Order, as modified by the two Stipulations to Modify, is referred to as the "Pretrial Scheduling Order") as set forth below.

Dispositive motions are set to be heard no later than February 7, 2019 (ECF 27). The parties request an extension of this deadline to March 21, 2019.

There have been two prior requests to modify the Pretrial Scheduling Order, which were

granted. There has been one prior request for continuance of the deadline to hear dispositive motions, which was granted.

The Parties further request the Court continue the hearing on Plaintiff's Motion for Summary Judgment pursuant to Local Rules 143 and 144. The hearing on the pending Motion for Summary Judgment is scheduled to be heard on February 7, 2019. The Parties request a continuance of this hearing to March 7, 2019. The Parties have reviewed the Court's calendar and confirmed the Court's availability on March 7, 2019.

Four previous extensions of the hearing of the Motion for Summary Judgment have been obtained in order to facilitate the ongoing settlement discussion (ECF 23, 25, 30, 34).

GOOD CAUSE EXISTS FOR THE REQUESTED MODIFICATION AND EXTENSIONS.

Plaintiff filed their Motion for Summary Judgment on June 26, 2018 (ECF 17). Defendant substituted in new counsel on or about June 26, 2018 (ECF 18, 19, 20). Following substitution, counsel have been diligently pursuing settlement of all claims. Plaintiff's pending Motion for Summary Judgment was continued four times and is presently scheduled to be heard on February 7, 2019 in an effort to allow counsel for Defendant time to gather additional evidence to satisfy all parties in their settlement negotiations and to review and respond to the Motion for Summary Judgment (ECF 23, 25, 30, 34). February 7, 2019 is also the deadline to have dispositive motions heard. (ECF 27). Shortly after substituting in, counsel for Defendant provided counsel for Plaintiff notice of the need for amendment of inaccurate responses to certain Requests for Admission and Interrogatories counsel for Plaintiff agreed not to object to any issue regarding timeliness of the motion to amend. Defendant would require fourteen days to serve a regularly noticed motion to amend such Request for Admission responses. There is insufficient time to file and serve a motion to amend prior to the hearing on the Motion for Summary Judgment. While the Parties still hope to resolve the claims, it is apparent motion practice will be necessary to move the case forward. The Motion to Amend has the possibility of obviating the need for hearing on the Motion for Summary Judgment. Allowing this modification would allow the motion to be heard prior to the Motion for Summary Judgment. The parties agree to this

modification. Granting this modification would promote the interests of justice and judicial economy as it has the potential to decrease the need for Court intervention and will avoid the need for an *ex parte* application to shorten time to hear the Motion to Amend. The Parties wish to avoid incurring additional costs which could make settlement in the future more difficult. No party will be prejudiced by this short continuance of deadlines.

For the foregoing reasons, the parties respectfully request that the Court modify the Pretrial Scheduling Order to extend the deadline to hear dispositive motions to March 21, 2019 and to continue the hearing on the pending Motion for Summary Judgment from February 7, 2019 to March 7, 2019.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

DATED: January 9, 2019                WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ Patrick Schoenburg*
PATRICK SCHOENBURG
Attorneys for Plaintiff
STARR INDEMNITY COMPANY

DATED: January 9, 2019                STARR INSURANCE HOLDINGS, INC.

By: */s/ Ross M. Chinitz*
ROSS M. CHINITZ (Pro Hac Vice)
Attorneys for Plaintiff
STARR INDEMNITY COMPANY

DATED: January 9, 2019                MURPHY, CAMPBELL, ALLISTON & QUINN

By: */s/ Jessica B. Coffield*
MARK A. CAMPBELL
JESSICA B. COFFIELD
COREY M. DAY
Attorneys for Defendant
JOE'S LOGISTICS, INC.

# **ORDER**

The Court, having duly considered the Parties' stipulation set forth above, and good cause appearing, orders as follows:

The Pretrial Scheduling Order, dated January 29, 2018, previously modified by stipulations dated August 2, 2018 and November 2, 2018, is hereby modified as follows.

Dispositive motions are set to be heard no later than February 7, 2019. This deadline is continued to March 21, 2019.

The hearing on the Motion for Summary Judgment currently scheduled on February 7, 2019 shall be continued to March 7, 2019. Defendant's opposition is due fourteen (14) days preceding the new hearing date. Plaintiff's reply is due seven (7) days preceding the new hearing date.

**IT IS SO ORDERED**.

Dated: January 10, 2019

_____
Troy L. Nunley
United States District Judge