pschoenburg@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
7112 North Fresno Street, Suite 160
Fresno. CA 93720-2949
Phone: 559-437-2860 ♦ Fax: 559-438-1350

Ross M. Chinitz (Pro Hac Vice)
Ross.chinitz@starrcompanies.com
**Starr Insurance Holdings, Inc.**
399 Park Avenue, 8th Floor
New York, NY 10022
Phone: 646-227-6409 ♦ Fax: 631-685-4274

Attorneys for Plaintiff STARR INDEMNITY & LIABILITY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, | Case No. 2:17-cv-01263-TLN-EFB |
| Plaintiff, | **JOINT NOTICE OF DISMISSAL** |
| v. | |
| JOE'S LOGISTICS, INC. d/b/a JOE'S TRUCKING, | |
| Defendant. | |

    Plaintiff Starr Indemnity & Liability Company and Defendant Joe's Logistics, Inc. d/b/a Joe's Trucking, by and through their counsel of record, hereby requests that the Court dismiss the above-entitled matter, with prejudice.


Respectfully submitted,

DATED: February 22, 2019

                                            ROSS M. CHINITZ (*Pro Hac Vice*)
                                            Starr Insurance Holdings, Inc.

                                            PATRICK S. SCHOENBURG
                                            Wood, Smith, Henning & Berman LLP

                                            By:    /s/ Ross M. Chinitz
                                                        Ross M. Chinitz

                                              Attorneys for Plaintiff

                                            STARR INDEMNITY & LIABILITY COMPANY

| | |
|---|---|
| DATED: February 22, 2019 | MURPHY, CAMPBELL, ALLISTON & QUINN |
| | By:  /s/ Jessica B. Coffield |
| | MARK A. CAMPBELL |
| | JESSICA B. COFFIELD |
| | COREY M. DAY |
| | Attorneys for Defendant |
| | JOE'S LOGISTICS, INC. |

## **ORDER**

Pursuant to the foregoing this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED**

Dated: February ____, 2019

_____